IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WADE LASALLE BECK, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Strike Information of Prior Convictions (Filing No. 27). After the considering the matter, the motion is denied.

SO ORDERED.

DATED this 14th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge