IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| Plaintiffs, | ) ) | |
| | ) | 8:05CR341 |
| vs. | ) ) | |
| WADE BECK, | ) | ORDER |
| Defendants. | ) ) ) | |

Before the Court is the request for transcript of hearing held on September 29, 2005 [13].

IT IS ORDERED:

1. The request for transcript, filing [81] is granted.

2. Wade Beck, is ordered to pay to the Clerk the amount of $15.00. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $15.00, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on September 29, 2005. A paper copy of the transcript shall be mailed to the requestor.

Dated: August 9, 2011.

BY THE COURT:

Joseph F. Bataillon
Chief United States District Judge